ANTHONY E. COLOMBO JR.
California Bar No. 218411
The Senator Building 3rd Floor
105 West "F" Street
San Diego, CA 92101
Telephone: (619) 236-1704

2006 SEP 29 AM 10: 29

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| UNITED STATES OF AMERICA, | ) Criminal No: 06cr1170-W |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER TO PRESERVE EVIDENCE** |
|  | ) **AND RE-WEIGH THE ALLEGED COCAINE** |
| JOSE RIVERA-AYALA, | ) **INVOLVED IN THIS CASE** |
| Defendant. | ) |

Good cause appearing, pursuant to Mr. Rivera-Ayala's motion to preserve evidence filed on July 3, 2006, and his letter dated September 28, 2006, the Honorable Thomas J. Whelan, hereby orders the following:

**IT IS HEREBY ORDERED** that the United States Government, and its agents and employees, shall preserve the substance alleged to have been found in the case of *United States v. Jose Rivera-Ayala 06cr1170-W*, and allow Mr. Rivera-Ayala's attorney of record Anthony E. Colombo Jr., along with his investigator Juan Lopez, to accompany Special Agent William Mataya to inspect and re-weigh the substance alleged to have been found in this case, on Wednesday October 4, 2006, or at some other convenient time for all parties.

**SO ORDERED.**

DATED: 9/28/06

HONORABLE THOMAS J. WHELAN
United States District Judge

05cr0922-JM